IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Bruce Rashard Banks
11718 S. Laurel Drive
Laurel MD 20708
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

2010 JUL 20  P 3: 49

CLERK'S OFFICE
AT GREENBELT

BY_____ DEPUTY

vs.

Library of Congress Federal Credit union
Debbie Morris, Marsha L. King
Library of Congress Federal credit union
8100 Professional Place
Hyattsville, MD 20785
*(Full name and address of the defendant(s))*
**Defendant(s)**

* * * * * *

Civil No.: **AW 10 CV 1986**
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

1. Jurisdiction in this case is based on:

    ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

    ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

    ☐ Other (explain) _____
    _____
    _____

Complaint (Rev. 12/2000)                                   1

2. The facts of this case are:

On April 28, 2010 Library of Congress FCU was mailed a Notice of International Commercial Claim by Notary Acceptor Darrick L. Brown (Prince Georges County) for Bruce R Banks and was notified of my dispute of the Alleged debt Pursuant the Fair Debt Collection Practices Act (FDCPA) and the Uniform Commercial Code (UCC) Fair Credit Billing Act (FCBA). See Britton v. Weiss, U.S Dist. Ct, Northern Dist New York, 1988 and Laws v. Chesslock, US Dist. Ct., Northern Dist. Illinois, East Div., 1999.

Declarant Granted ten days to respond, or in the Alternative, admit All claims and Answers to inquires verified therein.

Declarant has recieved no response from Library of Congress FCU.

As an operation of law, Library of Congress has admitted to the statements, claims and answers to inquires verified therein.

Library of Congress is in default and Attached Notary's Certificate of Service, Final Notice of Dishonor and Opportunity to Cure, Notice of Protest, Notice of Dishonor

Complaint (Rev. 12/2000)

2

3. The relief I want the court to order is:

☑ Damages in the amount of: __Release of Lien__

☑ An injunction ordering: __Summary Judgement__

☐ Other (explain) _____

*(original signature of plaintiff)*

__11718 S. Laurel Drive #3A__

__Laurel, MD 20708__

*(address of plaintiff)*

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.